[Civ. No. 4045.  Second Appellate District, Division Two.—July 28, 1924.]

LAUREL V. WEST, etc., Appellant, v. LENA MAY WEST, Respondent.

[1] MARRIAGE—MINORS—CONSENT TO MARRIAGE—AUTHORITY OF PARENTS—EXTENT OF.—The authority of the parents in the matter of giving consent to the marriage of their infant child is conferred, and also is limited, by the statute (section 32 of the Civil Code).

(1) 26 Cyc., p. 834.

On modification of opinion filed by District Court of Appeal on June 16, 1923, and reported in Volume 62, California Appellate Reports, page 541.

Daley & Byrne for Appellant.

Chas. L. Allison and David W. Richards for Respondent.

CRAIG, J.—The opinion in the above-entitled cause, reported in 62 Cal. App. 541 [217 Pac. 567], and dated June 16, 1923, is hereby amended so that the concluding sentences thereof shall read as follows:

"The authority of the parents in the matter of giving consent to the marriage of their infant child is conferred, and also *is limited* by the statute. This marriage became voidable immediately upon solemnization, and could become binding only in case the plaintiff had freely cohabited with the defendant after attaining the age of consent."

Otherwise said opinion is to remain as originally reported.

Finlayson, P. J., and Works, J., concurred.

1.  See 16 Cal. Jur. 913, 937.